

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NOS. WR-94,473-01 & WR-94,473-02

### EX PARTE JOE ALBERT RAMON, SR., Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. B-29,686-A & B-29,687-A IN THE 161ST DISTRICT COURT
### FROM ECTOR COUNTY

*Per curiam*. YEARY, J. filed a concurring opinion joined by SLAUGHTER, J.

### O R D E R

Applicant was convicted of murder and attempted capital murder and sentenced to ninety-nine years' imprisonment for each cause. The Eighth Court of Appeals affirmed his conviction for the murder. *Ramon v. State*, No. 08-03-0045-CR. It appears that he did not file a notice of appeal for the attempted capital murder conviction. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

The district clerk properly forwarded these applications to this Court under Texas Rule of Appellate Procedure 73.4(b)(5). However, the applications were forwarded before the trial court made findings of fact and conclusions of law. We remand these applications to the trial court to

complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: February 1, 2023
Do not publish